BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: DIRECT PURCHASER PLAINTIFF (DPP) BEEF ANTITRUST LITIGATION | MDL No. |

## PROOF OF SERVICE

I hereby certify that on March 10, 2022, I directed a copy of the foregoing Joint Motion, Brief, Schedule of Actions, and this Proof of Service to be served by First Class Mail to the following:

| Served Party & Address | Related Action(s) |
|---|---|
| **Clerk, District of Connecticut**<br>Dinah Milton Kinney<br>Clerk of Court<br>141 Church Street<br>New Haven, CT 06510 | D. Conn., 3:22-cv-00289 |
| **Clerk, Southern District of Florida**<br>Angela E. Noble<br>Clerk of Court<br>701 Clematis Street, Room 202<br>West Palm Beach, FL 33401 | S.D. Fla., 9:22-cv-80153 |
| **Clerk, Northern District of New York**<br>John Domurad<br>Clerk of Court<br>15 Henry Street<br>Binghamton, NY 13901 | N.D. N.Y. 3:22-cv-00222 |
| **Cargill, Inc.** *(Defendant)*<br>c/o United Agent Group Inc.<br>801 US Highway 1<br>North Palm Beach FL 33408 | D. Conn., 3:22-cv-00289<br>S.D. Fla., 9:22-cv-80153<br>N.D. N.Y. 3:22-cv-00222 |
| **Cargill Meat Solutions Corporation** *(Defendant)*<br>c/o United Agent Group Inc.<br>801 US Highway 1<br>North Palm Beach FL 33408 | D. Conn., 3:22-cv-00289<br>S.D. Fla., 9:22-cv-80153<br>N.D. N.Y. 3:22-cv-00222 |

| Served Party & Address | Related Action(s) |
|---|---|
| **JBS S.A.** *(Defendant)* <br> c/o Patrick E. Brookhouser, Jr. <br> McGrath North Mullin & Kratz, PC LLO <br> First National Tower, Suite 3700 <br> 1601 Dodge Street <br> Omaha, NE 68102 | D. Conn., 3:22-cv-00289 <br> S.D. Fla., 9:22-cv-80153 <br> N.D. N.Y. 3:22-cv-00222 |
| **JBS USA Food Company** *(Defendant)* <br> c/o Corporation Service Company <br> 1201 Hays Street <br> Tallahassee, FL 32301-2525 | D. Conn., 3:22-cv-00289 <br> S.D. Fla., 9:22-cv-80153 <br> N.D. N.Y. 3:22-cv-00222 |
| **Swift Beef Company** *(Defendant)* <br> c/o Corporation Service Company <br> 1201 Hays Street <br> Tallahassee, FL 32301-2525 | D. Conn., 3:22-cv-00289 <br> S.D. Fla., 9:22-cv-80153 <br> N.D. N.Y. 3:22-cv-00222 |
| **JBS Packerland, Inc.** *(Defendant)* <br> 1770 Promontory Circle <br> Greeley, CO 80634 | D. Conn., 3:22-cv-00289 <br> S.D. Fla., 9:22-cv-80153 <br> N.D. N.Y. 3:22-cv-00222 |
| **National Beef Packing Company** *(Defendant)* <br> 1220 N. Ambassador Drive, Suite 500 <br> Kansas City, MO 64163 | D. Conn., 3:22-cv-00289 <br> S.D. Fla., 9:22-cv-80153 <br> N.D. N.Y. 3:22-cv-00222 |
| **Tyson Foods, Inc.** *(Defendant)* <br> c/o CT Corporation System <br> 124 West Capitol Avenue, Suite 1900 <br> Little Rock, AK 72201 | D. Conn., 3:22-cv-00289 <br> S.D. Fla., 9:22-cv-80153 <br> N.D. N.Y. 3:22-cv-00222 |
| **Tyson Fresh Meats, Inc.** *(Defendant)* <br> c/o CT Corporation System <br> 124 West Capitol Avenue, Suite 1900 <br> Little Rock, AK 72201 | D. Conn., 3:22-cv-00289 <br> S.D. Fla., 9:22-cv-80153 <br> N.D. N.Y. 3:22-cv-00222 |

Dated: March 10, 2022

/s/ *Garth T. Yearick*
Garth T. Yearick (Florida Bar No. 96105)
CARLTON FIELDS, P.A.
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida  33401
Tel: (561) 659-7070
Fax: (561) 659-7368
gyearick@carltonfields.com

*Counsel for Plaintiff/Movant Cheney Brothers, Inc. and Plaintiff/Movant Subway Protein Litigation Corp., as Litigation Trustee of the Subway® Protein Trust*