# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIR:**
**Karen K. Caldwell**
**United States District Court**
**Eastern District of Kentucky**

**MEMBERS:**
**Nathaniel M. Gorton**
**United States District Court**
**District of Massachusetts**

**David C. Norton**
**United States District Court**
**District of South Carolina**

**Dale A. Kimball**
**United States District Court**
**District of Utah**

**Matthew F. Kennelly**
**United States District Court**
**Northern District Illinois**

**Roger T. Benitez**
**United States District Court**
**Southern District of California**

**Madeline Cox Arleo**
**United States District Court**
**District of New Jersey**

**DIRECT REPLY TO:**
**John W. Nichols**
**Clerk of the Panel**
**One Columbus Circle, NE**
**Thurgood Marshall Federal**
 **Judiciary Building**
**Room G-255, North Lobby**
**Washington, D.C. 20544-0005**

**Telephone: (202) 502-2800**
**Fax: (202) 502-2888**

## ADVISORY

Counsel appearing for oral argument before the Panel may bring cell phones and laptop computers into the courthouse.  All cell phones must be turned off before entering the courtroom.

Please see and plan to abide by the Western District of Pennsylvania's requirements regarding public access in light of COVID-19 which can be found on the court's website: https://www.pawd.uscourts.gov.